UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:  Ernesto Andrade Group                                  :        No. 23 Misc. 424 (VSB) (GWG)
                                                               :
                                                               :
---------------------------------------------------------------x

## <u>CONFIDENTIALITY AGREEMENT</u>

**IT IS HEREBY STIPULATED AND AGREED,** that Plaintiff [] ("**Receiving Party**")

in the above-caption action and BNP Paribas New York Branch ("**BNP Paribas**"), which

received a subpoena on January 24, 2024 in the above-captioned action ("**Subpoena**"), agree to

entry of this Confidentiality Agreement (the "**Agreement**").  This Agreement shall hereinafter

govern the handling of all wire transfers, documents, records, information, and materials

produced by BNP Paribas in response to the Subpoena.

WHEREFORE, the Receiving Party and BNP Paribas agree to the following:

1.      This Agreement applies to "**Confidential Information**," as defined below,

produced or otherwise disclosed by BNP Paribas to the Receiving Party pursuant to the

Subpoena.

2.      The term "**Confidential Information**," as used in this Agreement, means any

record, document, information, or other material that is designated "Confidential" by BNP

Paribas.

3.      The term "**Action**" as used in this Agreement, means (i) the above-captioned

action; (ii) any action commenced by the Receiving Party to enforce the judgment from the

above-captioned action; (iii) the foreign proceedings to which the Action relates – namely,

Collection Suit No. 1090598-76.2020.8.26.0100 (filed on September 28, 2020) against debtor

Nelson Nogueira Pinheiro ("Pinheiro") and the related Motion to Pierce the Corporate Veil No.

0007040- 92.2021.8.26.0100 (filed on February 24, 2021), Motion to Pierce the Corporate Veil No. 0007040-92.2021.8.26.0100 (filed on filed April 13, 2021), Motion to Pierce the Corporate Veil No. 0015364-71.2021.8.26.0100 (filed on April 13, 2021), Motion to Pierce the Corporate Veil No. 0015679-02.2021.8.26.0100 (filed April 13, 2021), and Motion to Pierce the Corporate Veil No. 0015680-84.2021.8.26.0100 (filed on April 13, 2021), all pending before the Court of São Paulo-SP in Brazil; and (iv) the criminal investigations in both Brazil federal court and state court related to the Action,[1] as well as new investigations into Nelson Nogueira Pinheiro and related entities that may be initiated based on the results of the pending investigations (the proceedings in Brazil being referred to collectively as the "Foreign Proceedings").

4.      Any information supplied in documentary or other tangible form may be designated by BNP Paribas as Confidential Information by placing or affixing on each page of such document, or on the face of such thing, the legend "Confidential" or by notifying counsel for the Receiving Party in writing that the information produced or disclosed is Confidential and is to be treated as Confidential Information under this Agreement.

5.      Any electronic image, database, or document including Confidential Information, including summaries, compilations, notes, memoranda, and analyses, shall be subject to the terms of this Agreement to the same extent as the Confidential Information included in the electronic image, database, or document.

6.      Confidential Information shall only be used in connection with an Action. The Confidential Information shall not be used in any other manner or for any other purpose.

---

[1] Case Nos. 008629-02.2021.4.03.6181 and 2024.0041897, before the Federal Court of São Paulo, and Case No. 1524117-25.2023.8.26.0050, before the State Court of São Paulo.

7.      Subject to the conditions set forth in Paragraph 8 below, Confidential Information shall not be furnished, shown, or disclosed to any person or entity except: (i) the parties and counsel involved in the Actions; (ii) expert witnesses and consultants retained in the Actions; (iii) the court or tribunal in the Actions; and (iv) any trial witnesses or deposition witnesses in the Actions.

8.      Before the Receiving Party discloses Confidential Information to any person or entity described in Paragraph 7(ii) or (iv) of the Agreement, the person or entity shall execute the Non-Disclosure Declaration set forth in Exhibit A.

9.      The provisions of this Agreement, insofar as they restrict the disclosure or use of Confidential Information, shall continue to be binding notwithstanding the final termination of any Action.

10.      Confidential Information may only be furnished, shown, disclosed, and/or filed with the court or tribunal in an Action after being partially redacted (i) to exclude information that is not relevant to the Action, (ii) to protect, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, an individual's social-security number, taxpayer-identification number, or birth date, the name of any individual known to be a minor, and financial-account numbers, and (iii) to exclude personal information such as driver's license numbers (or similar personal identifying numbers), individual financial, medical, or employment information, and proprietary information of BNP Paribas. In the event that the Confidential Information is not redacted as set forth in the previous sentence, such Confidential Information shall only be submitted to the court or tribunal in an Action under seal, to the extent permitted by the court or tribunal. In the event Confidential Information is disclosed to a court or tribunal described in Paragraph 7(iii) of the Agreement, the Receiving Party or other recipient of the Confidential Information, as applicable, shall provide

3

written email to notice to BNP Paribas within five (5) days after the disclosure and enclose a copy of the redacted filing. In the event that a court or tribunal in an Action orders Confidential Information to be submitted in un-redacted form or to be filed not under seal, the Receiving Party or other recipient of the Confidential Information, as applicable, shall provide written email notice to BNP Paribas within twenty-four (24) hours of the issuance of such an order and enclose a copy of the order.

11.     No more than sixty days (60) after the termination of the last Action, the Receiving Party or other recipient of the Confidential Information, as applicable, shall destroy all Confidential Information, except for Confidential Material filed with the court or tribunal presiding over an Action.  The Receiving Party or other recipient of the Confidential Information, as applicable, shall notify BNP Paribas when the Confidential Information has been destroyed.

12.     Should any non-party seek access to the Confidential Information, by request, subpoena, or otherwise, the Receiving Party or other recipient of the Confidential Information, as applicable, shall promptly notify BNP Paribas, and shall reasonably cooperate with BNP Paribas in resisting any efforts by third parties to obtain Confidential Information.

13.     The inadvertent disclosure by BNP Paribas of any information subject to a claim of attorney-client privilege, attorney-work-product or similar ground on which disclosure of such information should not have been made (**"Privileged Information"**), shall not be construed as a waiver of such claim.  In the event the Receiving Party receives Privileged Information, it will bring that fact to the attention of BNP Paribas without undue delay upon discovery.  Upon the request of BNP Paribas, the Receiving Party will promptly destroy any Privileged Information and any copies thereof and notify BNP Paribas when the Privileged Information has been destroyed. Receiving Party will not knowingly use any Privileged Information as evidence in an Action.

14.     This Agreement shall not be construed as requiring BNP Paribas, or any other branch or subsidiary of BNP Paribas, to commit any act that would violate any domestic federal, state or local law, or any law of a foreign jurisdiction.

15.     The Receiving Party and BNP Paribas further recognize that the obligations embodied herein shall not apply to information already in the public domain, information known to the Receiving Party or its counsel, consultants, or experts, or information the Receiving Party obtained from a third party not under any obligation of confidentiality.

16.     Production or disclosure of Confidential Information under this Agreement shall not prejudice any of BNP Paribas' rights to maintain the trade secret status or confidentiality of that information for any other purpose.

17.     This Agreement may be signed by counsel in counterparts with the same force and effect as if all signatures appear on one document and email or facsimile copies of signatures shall have the same force and effect as original signatures.

18.     This Agreement shall be governed by, and construed and interpreted in accordance with the law of the State of New York.  Any action or proceeding, relating in any way to this Agreement, shall be brought in any State or Federal court located in the City of New York, Borough of Manhattan, State of New York.  The parties hereby irrevocably and unconditionally waive trial by jury in any such action or proceeding.

19.     Nothing herein shall prejudice the rights of BNP Paribas to apply to the court or tribunal in an Action or to any court of competent jurisdiction for appropriate relief.

Dated: July 18, 2024


By: */s/ Michael Ross*
Jenner & Block LLP
Michael Ross
Emily Mannheimer
1155 Avenue of the Americas
New York, NY 10036-2711
emannheimer@jenner.com


By: */s/ Antonio de Pádua Soubhie Nogueira*
Antonio de Pádua Soubhie Nogueira
Antonio de Pádua Soubhie Nogueira
Advocacia
198 Alameda Santos,
São Paulo, SP CEP 01418-102
apn@apnadv.com.br


By: */s/ Vitor Alexandre de Oliveira e Moraes*
Vitor Alexandre de Oliveira e Moraes
San Juan Araujo Advogados
220 Rua do Rocio
São Paulo, SP CEP 04552-903
vitor@sjaadvogados.com.br

*Attorneys for Plaintiff*

By: */s/ Theresa DeLace*
Theresa DeLace
BNP Paribas
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 841-2123
Theresa.DeLace@us.bnpparibas.com

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 19, 2024

6

## EXHIBIT A

## NON-DISCLOSURE DECLARATION

I declare the following:

I reviewed the Confidentiality Agreement between the parties dated _____, 20___.

I am fully familiar with and agree to comply with and be bound by the provisions of that Confidentiality Agreement, and I will not divulge to other individuals or entities, other than those specifically authorized by the Confidentiality Agreement, any information designated as "Confidential."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


_____                    _____

Date                                                         Name